**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1894**

---

In re:  DALTON ALONZO DIXON,

      Petitioner.

---

On Petition for Extraordinary Writ.  (5:21-ct-03291-D)

---

Submitted:  October 13, 2022                    Decided:  October 17, 2022

---

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Dalton Alonzo Dixon, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dalton Alonzo Dixon, a North Carolina inmate, petitions for an extraordinary writ pursuant to 28 U.S.C. § 1651, seeking an order from this court "[d]ischarg[ing Dalton] from any/and all unconstitutional social (commercial) contract(s) that stands in violation of [his] common law rights. And any other forms of relief [he] may be entitled to." (Pet. for Extraordinary Writ (ECF No. 2) at 12-13).

Our authority to issue extraordinary writs under the All Writs Act "is only incidental to and in aid of [our] appellate jurisdiction, which Congress has given [Courts of Appeals] over district courts and administrative boards and agencies." *Gurley v. Superior Ct. of Mecklenburg Cnty.*, 411 F.2d 586, 587 (4th Cir. 1969) (per curiam) (citations omitted). The relief sought by Dixon is not available by way of extraordinary writ. Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2